UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                                :
VERONICA MADDY,                                                 :
                                                                :
                                    Plaintiff,                  :
                                                                :           22-CV-4643 (VSB)
                    -against-                                   :
                                                                :               **ORDER**
DANCEFIT INTERACTIVE LLC d/b/A                                  :
BODY WRAPPERS,                                                  :
                                                                :
                                    Defendant.                  :
                                                                :
--------------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      On June 3, 2022, Plaintiff filed this action against Defendant DanceFit Interactive LLC d/b/a Body Wrappers.  (Doc. 1.)  Plaintiff obtained a summons on June 6, 2022.  (Doc. 4.)  To date, Plaintiff has not filed any affidavit of service.  On September 6, 2022, I ordered Plaintiff to submit a letter by September 13, 2022 demonstrating good cause as to why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m).  (Doc. 5.)  I warned Plaintiff "that failure to submit a letter and to demonstrate good cause for failure to serve Defendant within ninety days after the complaint was filed will result in dismissal of this action."  (*Id.*)  Plaintiff has not filed a letter or taken any other action to prosecute this case.

      Accordingly, this action is dismissed pursuant to Rule 4(m).  The Clerk of Court is respectfully directed to terminate this action.

SO ORDERED.

Dated:    September 14, 2022
               New York, New York

                                                                      _____
                                                                      VERNON S. BRODERICK
                                                                      United States District Judge